# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GAIL CURIONE and THOMAS N. CURIONE,**

      **Plaintiffs,**

**v.**                                                                                            **Case No:   6:17-cv-1062-Orl-31TBS**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**

      **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Motion for Entry of Order Dismissing Case with Prejudice (Doc. 23) it is hereby

**ORDERED** that the Motion is GRANTED and, and pursuant to Fed. R. Civ. P. 41(a), this case is dismissed with prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 27, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties